v.

Edward C. ABREO.

No. 52968.

Nov. 21, 1972.

268 So.2d 674

STATE of Louisiana ex rel. Larry SMITH

v.

C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.

No. 52959.

Nov. 21, 1972.

Application denied; the contemporaneous record made at time of plea shows applicant is not entitled to relief sought.

BARHAM, J., is of the opinion an evidentiary hearing should be granted on competence of counsel.